

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Chad Nathan Veazey, Appellant

No. 06-23-00175-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 48857-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the notation "N/A" under the heading "Findings on Deadly Weapon" and replace it with the notation "Yes" in order to properly reflect the affirmative deadly weapon finding. As modified, we affirm the judgment of the trial court.

We note that the appellant, Chad Nathan Veazey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk